```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
DERRICK MULLINS,                                                       :
:
                Plaintiff,                          :         25-cv-01723 (LJL)
:
-v-                                                                    :
:                ORDER
BENSUSAN RESTAURANT CORP., et. al.,                                    :
:
                Defendants.                         :
:
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

        SO ORDERED.

Dated: August 13, 2025
       New York, New York
                                                                 LEWIS J. LIMAN
                                                        United States District Judge